James B. Fishman
△ Kevin Mallon
† Jennifer A. Rozen

Susan K. Crumiller
* Sameer S. Birring

△ Also admitted in CA
† Also admitted in MA
* Also admitted in TX

# FISHMAN & MALLON, LLP
### ATTORNEYS AT LAW

305 BROADWAY
SUITE 900
NEW YORK, NY 10007-1187

(212) 897-5840
Fax: (212) 897-5841
www.nyctenantslaw.com

Laurence H. Pearson
Of Counsel

Lacey M. Andrews
Paralegal

Rhode Al Khani
Office Manager

August 22, 2014

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:   *Marcinski v. RBS Citizens Bank, N.A., et al.*, 13 Civ. 06022 (LGS)
                Motion to Adjourn Conference

Dear Judge Schofield:

    On July 30, 2014, the court ordered that a conference be held on September 2, 2014 to discuss settlement, motion practice, and a discovery schedule for the above-captioned matter. This office has just been retained to represent the plaintiff. James B. Fishman, the lead attorney who will be handling the case, is out of state and does not return until September 2, the day the conference is scheduled. As such, we respectfully request an adjournment of the conference in order to have sufficient time to prepare. Opposing counsel has consented to the adjournment.

    Thank you for your consideration.

Very truly yours,

SUSAN K. CRUMILLER